UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | (S3) 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Having been notified by the government that the (S1) Information as to Raymond Castillo was numbered incorrectly,

    IT IS HEREBY ORDERED that the Superseding Information relating to defendant Raymond Castillo should be numbered (S3). The Clerk of Court is directed to renumber the Information and have it filed.

Dated: New York, New York
         December 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.