UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAYMOND CASTILLO,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2022_____

17 Cr. 513-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 13, 2019, Defendant pleaded guilty to Counts 1–9 of the Superseding Information. *See* ECF No. 119. At the hearing, Defendant waived indictment. Accordingly, the Clerk of Court is directed to docket the waiver of indictment in light of the Defendant's waiver in open court.

    SO ORDERED.

Dated: December 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge