UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | (S3) 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant shall be released from custody today on his own recognizance, with the following conditions: (1) home detention with location monitoring; (2) mental health treatment; and (3) drug testing.

Dated: New York, New York
       January 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.