UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        (S3) 17-Cr-513 (SHS)

      -against-                                     :

RAYMOND CASTILLO,                        :        ORDER

               Defendant.        :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that the conference scheduled for today at 3:30 p.m. is
adjourned to June 29, 2023, at 4:00 p.m.

Dated: New York, New York
       May 30, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.