UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   (S3) 17-Cr-513 (SHS)

      -against-   :

RAYMOND CASTILLO,   :   ORDER

          Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for August 2 at 2:30 p.m. is adjourned to August 15, 2023, at 3:00 p.m.

Dated: New York, New York
       August 1, 2023

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.