UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for December 18 at 2:30 p.m. is adjourned to January 19, 2024, at 11:30 a.m.

Dated: New York, New York
       December 14, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.