UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | <u>ORDER</u> |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Because the defendant has not arrived in the Southern District of New York, the parties have requested an adjournment of the January 19 conference.

      IT IS HEREBY ORDERED that the conference is adjourned to April 18, 2024, at 2:30 p.m.

Dated: New York, New York
       January 18, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.