UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Because the defendant has not arrived in the Southern District of New York, the April 18 conference is adjourned to July 11, 2024, at 3:00 p.m.

Dated: New York, New York
April 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.