UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     Because the defendant has not arrived in the Southern District of New York, the July 11 conference is adjourned to September 12, 2024, at 2:30 p.m.

Dated:  New York, New York
         July 10, 2024

                                            SO ORDERED:

                                            *Sidney H. Stein*
                                            Sidney H. Stein, U.S.D.J.