UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | <u>ORDER</u> |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Because the defendant has not arrived in the Southern District of New York, the September 12 conference is adjourned to October 22, 2024, at 2:30 p.m.

Dated: New York, New York
       September 5, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.