

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 23, 2024

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raymond Castillo*, 17 Cr. 513 (SHS)

Dear Judge Stein:

The Court had previously scheduled a violation of supervised release status conference for defendant Raymond Castillo on October 22, 2024. Due to an oversight, the Government, the Probation Office, and defense counsel had not calendared that status conference and did not appear. In addition, the defendant continues to remain in custody in Virginia and is not currently in the District. The parties respectfully request that the Court schedule a new status conference for approximately 90 days in the future.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Adam S. Hobson
Assistant United States Attorney
212-637-2484

cc:   Margaret Shalley, Esq. (by ECF)