UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-513 (SHS) |
| -against- | : | |
| RAYMOND CASTILLO, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Because the defendant has not arrived in the Southern District of New York, the January 21 conference is adjourned to April 24, 2025, at 3:30 p.m.

Dated: New York, New York
       January 21, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.