UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr-513 (SHS)

    -against-  :

RAYMOND CASTILLO,  :  ORDER

        Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been notified that the defendant was transferred from Virginia State custody to the Bureau of Prisons custody in the Eastern District of Virginia and will be presented in that Court today at 2:00 p.m.,

    IT IS HEREBY ORDERED that the conference scheduled for April 24, 2025, at 3:30 p.m. is adjourned to May 29, 2025, at 2:30 p.m.

Dated: New York, New York
       April 23, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.