UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　：　　17-Cr-513 (SHS)

　　　　-against-　　　　　　　　　　　：

RAYMOND CASTILLO,　　　　　　　　　：　　ORDER

　　　　　　　Defendant.　　　　　　　：

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　At the request of the defense attorney,

　　IT IS HEREBY ORDERED that the conference scheduled for May 29, 2025, at 2:30 p.m. is adjourned to June 12, 2025, at 2:30 p.m.

Dated: New York, New York
　　　　May 27, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.