# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

June 9, 2025

**VIA ECF**              **MEMO ENDORSED**
The Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raymond Castillo*,
      17 Cr. 513 (SHS)

Dear Judge Stein:

I represent Raymond Castillo, the defendant in the above-referenced matter. A conference is currently scheduled for June 12, 2025. I respectfully write to request a two-week adjournment of the conference. I underwent surgery on May 22, 2025 following a serious accident and, last week, was advised by my surgeon that I am not yet medically cleared to resume Court appearances or jail visits. I am scheduled for a follow-up appointment on June 26, 2025, at which point the surgeon will determine whether I may resume normal professional activities. This is counsel's second request for an adjournment of the conference. The first request was granted and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference and related deadlines to the week of June 30, 2025, or a date thereafter that is convenient to the Court. The Court's time and attention to this matter are greatly appreciated.

cc:   All counsel (*via ECF*)

Respectfully submitted,

/ s /

Margaret M. Shalley

**The conference is adjourned to July 11, 2025, at 11:30 a.m.**

Dated: New York, New York
       June 9, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.