UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAYMOND CASTILLO,<br><br>              Defendant. | 17-cr-513 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    The conference regarding the violation of supervised release scheduled for Monday, July 21, 2025, at 11:00 a.m. is adjourned to Wednesday, July 23, 2025 at 3:00 p.m.

Dated: New York, New York
       July 18, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.