UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    17-Cr-513 (SHS)

        -against-                                        :

RAYMOND CASTILLO,                         :    <u>ORDER</u>

        Defendant.                                :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference regarding defendant's violation of supervised release is scheduled for September 9, 2025, at 11:00 a.m.

Dated: New York, New York
       August 7, 2025

                          SO ORDERED:

                          _____
                          Sidney H. Stein, U.S.D.J.