

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 8, 2025

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raymond Castillo*, 17 Cr. 513 (SHS)

Dear Judge Stein:

      The Court had previously scheduled a violation of supervised release status conference for defendant Raymond Castillo on September 9, 2025. We currently expect that at the next court appearance the defendant will admit to a specification and proceed to sentencing. Because the defendant is currently engaged in coursework at the MDC that he believes will be relevant to the Court's consideration at sentencing, he has asked that tomorrow's proceeding be adjourned for one month. The Government has no objection to the adjournment and accordingly respectfully asks that the Court schedule a new conference for early October.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

      By: /s/_____
         Adam S. Hobson
         Assistant United States Attorney
         212-637-2484

cc:   Margaret Shalley, Esq. (by ECF)