UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        17-Cr-513 (SHS)

       -against-                                      :

RAYMOND CASTILLO,                         :        ORDER

                Defendant.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the time of the conference regarding defendant's violation of supervised release on October 9, 2025, is moved to 12:30 p.m.

Dated: New York, New York
       September 25, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.