UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,           :       17-Cr-513 (SHS)

       -against-                                   :

RAYMOND CASTILLO,                        :       **ORDER**

                 Defendant.             :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the time of the conference regarding defendant's violation of supervised release on October 9, 2025, is moved to 9:30 a.m.

Dated: New York, New York
        October 6, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.