UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr-513 (SHS)

    -against-  :

RAYMOND CASTILLO,  :  ORDER

        Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation of supervised release proceeding scheduled for October 9, 2025, is adjourned to October 23 at 11:00 a.m.

Dated: New York, New York
       October 7, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.