UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr-513 (SHS)

    -against-  :

RAYMOND CASTILLO,  :  ORDER

    Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant was sentenced today to time served on specification no. 2 in the violation report.

Dated: New York, New York
      October 23, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.