# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 27, 2026

**VIA ECF & EMAIL**                     **MEMO ENDORSED**
The Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:     *United States v. Raymond Castillo*,
                **17 Cr. 513 (SHS)**

Dear Judge Stein:

        I represent Raymond Castillo, the defendant in the above-referenced matter. The purpose of this letter is to respectfully request permission for Mr. Castillo to travel to the Dominican Republic due to a serious family emergency. He also seeks permission to renew his passport so that he has appropriate travel documentation.

        Mr. Castillo's father is currently in critical condition in the Dominican Republic following hernia surgery. He has suffered severe complications, and the family has been advised that his prognosis is uncertain. He is presently being kept alive with medical support. Mr. Castillo's family is planning to travel to the Dominican Republic from March 3 through March 10, 2026, to be present during this critical time, and Mr. Castillo respectfully seeks permission to travel during that same period so he may be with them. He will, of course, abide by any travel limitations imposed by the Court.

        Mr. Castillo has remained fully compliant with all Court-ordered conditions since his release. He has maintained steady employment and continues to rebuild his life in a positive and productive way. He is currently employed in A&R with Fuego 3000 LLC and recently obtained a second job delivering food to elderly individuals in his community. He has complied with all supervision requirements and remains committed to staying on the right path.

1

Counsel has conferred with Probation and the Government regarding this request. Mr. Castillo's probation officer has no objection to travel provided the trip does not exceed five days, and the Government defers to Probation's recommendation. Mr. Castillo is prepared to comply with any travel limitations imposed by the Court and will ensure full adherence to all supervision conditions.

Accordingly, it is respectfully requested that the Court grant permission for Mr. Castillo to travel to the Dominican Republic for a brief period so that he may be with his father during this medical emergency. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:    All counsel (*via ECF & Email*)

**Defendant's request to travel is granted for up to five days during March 3 through March 10, 2026. Defendant's request to renew his passport is granted. Defendant shall provide his probation officer with all his travel details.**

**Dated:New York, New York**
**February 27, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.